# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

          Plaintiff,

v.                                              Case No. 24-CR-48

NOAH CORTEZ, et al.,

          Defendants.

## RECOMMENDATION AND ORDER

Noah Cortez asks the court to dismiss count two of the indictment on the grounds that carjacking, *see* 18 U.S.C. § 2119(1), is not a crime of violence under 18 U.S.C. § 924(c)(1)(A)(ii). (ECF No. 27.) His co-defendant, Romeo Ramone Hill, joined his motion. (ECF No. 30.)

Chief Judge Pamela Pepper in *Jordan v. United States*, No. 20-cv-935-pp, 2022 U.S. Dist. LEXIS 196396 (E.D. Wis. Oct. 28, 2022), and *Ellis v. United States*, No. 19-cv-1155-pp, 2020 U.S. Dist. LEXIS 202645 (E.D. Wis. Oct. 30, 2020), rejected the arguments the defendants make. So, too, has every circuit court to have considered the question. *See United States v. Jackson*, 918 F.3d 467, 486 (6th Cir. 2019); *Estell v. United States*, 924 F.3d 1291, 1293 (8th Cir. 2019); *Ovalles v. United States*, 905 F.3d 1300, 1304, 27 Fla. L. Weekly

Fed. C 1432 (11th Cir. 2018); *United States v. Cruz-Rivera*, 904 F.3d 63, 66 (1st Cir. 2018); *United States v. Gutierrez*, 876 F.3d 1254, 1257 (9th Cir. 2017); *United States v. Jones*, 854 F.3d 737, 740 (5th Cir. 2017); *United States v. Evans*, 848 F.3d 242, 247 (4th Cir. 2017).

For the reasons set forth in *Jordan*, 2022 U.S. Dist. LEXIS 196396, and *Ellis*, 2020 U.S. Dist. LEXIS 202645, the court recommends that the defendants' motions to dismiss be denied.

**IT IS THEREFORE RECOMMENDED** that the defendants' motions to dismiss (ECF Nos. 27, 30) be **denied**.

**IT IS FURTHER ORDERED** that, in accordance with 28 U.S.C. § 636(b)(1)(B) and (C) and Fed. R. Crim. P. 59(b)(2), any written objection to any recommendation herein or part thereof shall be filed within fourteen days of service of this recommendation or prior to the Final Pretrial Conference, whichever is earlier. Failure to timely object waives a party's right to review.

Dated at Milwaukee, Wisconsin this 5th day of August, 2024.

_William E. Duffin_
WILLIAM E. DUFFIN
U.S. Magistrate Judge